# Court of Appeals
# of the State of Georgia

ATLANTA, _November 25, 2013_

*The Court of Appeals hereby passes the following order:*

**A14I0061.  GREGORY CARSWELL v. THE STATE.**

On October 17, 2013, the trial court entered an order denying Gregory Carswell's motion to suppress.  At Carswell's request, the court certified its order for immediate review.  Although signed on October 25, the certificate was not entered until October 31, 2013.  Carswell then filed this application for interlocutory appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal.  See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973).  Here, the certificate of immediate review was entered 14 days after entry of the order Carswell seeks to appeal.  This untimeliness deprives us of jurisdiction to consider this application, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* _11/25/2013_
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*